## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **8:11CR264** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DETENTION ORDER** |
| | ) | |
| ANGEL CASTANEDA, | ) | |
| | ) | |
| Defendant. | ) | |

**A.  Order For Detention**

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act on August 16, 2011, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

**B.  Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds:

__X__  By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

__X__  By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

**C.  Finding Of Fact**

The Court's findings are based on the evidence which was presented in court and that which was contained in the Pretrial Services Report, and includes the following:

__X__  (1)  Nature and circumstances of the offense charged:

        __X__  (a)  The crime: possession of a firearm after having been convicted of a felony (Counts I and II) in violation of 18 U.S.C. § 922(g) carries a maximum sentence of ten years imprisonment.

        _____  (b)  The offense is a crime of violence.

        _____  (c)  The offense involves a narcotic drug.

        _____  (d)  The offense involves a large amount of controlled substances, to wit: _____

_____  (2)  The weight of the evidence against the defendant is high.

__X__  (3)  The history and characteristics of the defendant including:

        (a)  General Factors:

            _____  The defendant appears to have a mental condition which may affect whether the defendant will appear.

            _____  The defendant has no family ties in the area.

            __X__  The defendant has no steady employment.

            __X__  The defendant has no substantial financial resources.

            _____  The defendant is not a long time resident of the community.

            _____  The defendant does not have any significant community ties.

            Past conduct of the defendant:

            __X__  The defendant has a history relating to drug abuse.

            _____  The defendant has a history relating to alcohol abuse.

            __X__  The defendant has a significant prior criminal record.

            __X__  The defendant has a prior record of failure to appear at court proceedings.

DETENTION ORDER - Page 2

    (b) At the time of the current arrest, the defendant was on:
       __X__ Probation
       _____ Parole
       _____ Supervised Release

    (c) Other Factors:
       _____ The defendant is an illegal alien and is subject to deportation.
       _____ The defendant is a legal alien and will be subject to deportation if convicted.
       _____ The Bureau of Immigration and Custom Enforcement (BICE) has placed a detainer with the U.S. Marshal.
       _____ Other: _____

__X__ (4) The nature and seriousness of the danger posed by the defendant's release are as follows: the nature of the charges in the Indictment, the defendant's extensive criminal history, the testimony of ATF SA Paul White concerning threats made during a U.S. Marshal transport to the courthouse on August 12, 2011.

D.  **Additional Directives**
Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:
1.  The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2.  The defendant be afforded reasonable opportunity for private consultation with counsel; and
3.  That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED:   August 16, 2011.                   BY THE COURT:

                                        s/Thomas D. Thalken

                                        United States Magistrate Judge