IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR264 |
| | ) | |
| v. | ) | |
| | ) | |
| ANGEL CASTANEDA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter is before the Court after a final disposition hearing was held on the petition for warrant or summons for offender under supervision (Filing No. 54). Defendant was present and represented by Richard H. McWilliams, Assistant Federal Public Defender. Plaintiff was represented by Jeremy K. Anderson, Assistant United States Attorney.

     Defendant admitted Allegation Nos. 1 and 2 of the petition. The Court found the defendant to be in violation of the conditions of his supervised release. Accordingly,

     IT IS ORDERED:

     1) Defendant's supervised release is revoked.

     2) Defendant is sentenced to the custody of the Bureau of Prisons for a term of 18 months. No term of supervised release will follow.

3) Defendant shall receive credit for time served.

DATED this 26th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____